IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
OF A. R. H., MINOR.

No. 70809

CHAREL A.,
                              Appellant,
                  vs.
STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES,
                              Respondent.

FILED

SEP 06 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from an order in a termination of parental rights action. Eighth Judicial District Court, Clark County; Cynthia N. Giuliani, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Specifically, appellant refers to an order entered May 20, 2016, but no such order appears in the district court docket entries. The district court's order terminating appellant's parental rights was filed April 19, 2016, and notice of entry was served by mail on April 21, 2016. Accordingly, it appears that appellant's notice of appeal, filed July 11, 2016, was filed more than thirty days after service of

16-27511

written notice of entry of the order. *See* NRAP 4(a)(1); NRAP 26(c). We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:  Hon. Cynthia N. Giuliani, District Judge
     Charel A.
     Clark County District Attorney/Juvenile Division
     Eighth District Court Clerk

---

[1]We deny as moot respondent's motion to dismiss the appeal.